UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KLEIN,<br><br>        Plaintiff,<br><br>        v.<br><br>KATHLEEN LONGWELL, et al.,<br><br>        Defendants. | CASE NO. 1:15-cv-00830-LJO-MJS (PC)<br><br>**VOLUNTARY DISMISSAL OF ACTION**<br><br>**(ECF No. 15)**<br><br>**CLERK TO CLOSE CASE** |

Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On August 3, 2015, Plaintiff filed a motion to dismiss this action without prejudice. (ECF No. 15.)

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Plaintiff's August 3, 2015 motion is sufficient under Rule 41.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's August 3, 2015 motion to dismiss is GRANTED;
2. This action is DISMISSED without prejudice; and
3. The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   August 6, 2015                    /s/ *Michael J. Seng*
                                                                 UNITED STATES MAGISTRATE JUDGE

1

1  4.